UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT - 3 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

John Lewis Davis

_____

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. 2:08-1143
(Number to be assigned by Court)

Ms. Vicki Greene

Dr. Antoine Katiny

Vicki Smith A.P R.N BC

(Enter above the full name of the defendant or defendants in this action)

## COMPLAINT

I.   **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____   No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2. Court (if federal court, name the district; if state court, name the county);

        _____

        _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

        _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        _____

        _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. **Place of Present Confinement:** SouthWestern Regional Jail 13 Gaston Caperton Dr. Holden, WV 25625

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓   No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓   No ___

   C. If you answer is YES:

   1. What steps did you take? I filed a request, then filed a grievance; see attached..

   2. What was the result? Never got an answer

   D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: John Lewis Davis

   Address: SouthWestern Regional Jail, 13 Gaston Caperton Dr. Holden W.Va 25625

   B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Same as front: Ms. Vicki Greene

is employed as: Administrator

at SouthWestern Regional Jail Holden, W. Va 25625

D. Additional defendants: Dr. Antoine Katiny, Vicki Smith

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

**IV.    Statement of Claim (continued):**

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to see a medical doctor that will take care of my leg because it's swollen, it has an open sore that drains puss. I've been to medical 30 days straight, my right leg + foot is twice it's size and the pain is unbearable. I also have a big knot on my stomach with a bruise and Vicki Smith said there is nothing they can do for me here. I believe I should be put in a hospital for treatment. I want the court to make the S.W.R.J never deny any other inmate medical

5

V. **Relief (continued)):**

Service. I also would like to get paid for my pain and suffering in the amount of Three Hundred Thousand Dollars.

See attached sheets

VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

    If not, state your reasons: I don't have the money

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____

_____

_____*[signature]*_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-1-08__.
(Date)

_____*[signature]*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

other at the centromere. Each centromere divides during late metaphase and early anaphase. In telophase, the chromosomes form a compact mass, lose their individuality, and disperse into the chromatin of the intermitotic nucleus. Cell division does not occur in discrete steps; each phase is part of a continuous process that may require hours to complete. The cycle of cell division includes an interphase period during which new DNA, RNA, and protein molecules are synthesized before the start of the next prophase. Also called **mitosis**. Compare **meiosis**.

**cellae.** See **cella**.

**Cellector,** trademark for a device that modifies human blood cells by circulating them through a box containing a number of polystyrene plates. Genetically engineered monoclonal antibodies are permanently attached to the polystyrene plates which capture specifically targeted cells while the rest of the cells are transfused back into the patient's body. The device is used in bone marrow transplant cases.

**cell inclusion** [L, *cella*, storeroom + *in, claudere*, to shut], pertaining to any foreign matter that is enclosed within a cell.

**cell line** [L, *cella* + *linea*], a colony of animal cells developed as a subculture from a primary culture.

**cell mass** [L, *cella*, storeroom, *massa*], the embryonic cluster of cells that develops into an individual or a part of an organism.

**cell-mediated immune response,** a delayed type IV hypersensitivity reaction, mediated primarily by sensitized T cell lymphocytes as opposed to antibodies. Cell-mediated immune reactions are responsible for defense against certain bacterial, fungal, and viral pathogens, malignant cells, and other foreign protein or tissue. Also called **cellular hypersensitivity reaction, type IV hypersensitivity**. Compare **anaphylactic hypersensitivity, immune complex hypersensitivity**.

**cell-mediated immunity.** See **cellular immunity**.

**cell membrane,** the outer covering of a cell, often having projecting microvilli and containing the cellular cytoplasm. The cell membrane is so thin and delicate that it is barely visible with a light microscope and can be studied in detail only with an electron microscope. The membrane controls the exchange of materials between the cell and its environment by various processes, such as osmosis, phagocytosis, pinocytosis, and secretion. Also called **plasma membrane**.

**cell of Corti.** See **auditory hair**.

**cell organelle** [L, *cella*, storeroom; Gk, *organon*, instrument], any of a number of membrane-bound structures within a cell that have specific functions, such as reproduction or metabolism. Examples include mitochondria and Golgi bodies.

**cells of Paneth** /pä′nət, pan′əth/ [Josef Paneth, Austrian physiologist, b. 1857], large granular epithelial cells found in intestinal glands. They secrete digestive enzymes. Also called **Davidoff's cells**.

**cell theory,** the proposition that cells are the basic units of all living substance and that cellular function is the essential process of life.

**cellular** /sel′yələr/ [L, *cella*, storeroom], pertaining to or consisting of cells.

**cellular hypersensitivity reaction.** See **cell-mediated immune response**.

**cellular immunity** [L, *cellula*, little cell; *immunis*, exempt], the mechanism of acquired immunity characterized by the dominant role of small T cell lymphocytes. Cellular immunity is involved in resistance to infectious diseases caused by viruses and some bacteria and in delayed hypersensitivity reactions, some aspects of resistance to cancer, certain autoimmune diseases, graft rejection, and certain allergies. Also called **cell-mediated immunity**. Compare **humoral immunity**.

**cellular infiltration,** the migration and grouping of cells within tissues throughout the body.

**cellulitis** /sel′yəli′tis/ [L, *cellula*, little cell; Gk, *itis*, inflammation], a diffuse, acute infection of the skin and subcutaneous tissue characterized most commonly by local heat, redness, pain, and swelling, and occasionally by fever, malaise, chills, and headache. Abscess and tissue destruction usually follow if antibiotics are not taken. The infection is more likely to develop in the presence of damaged skin, poor circulation, or diabetes mellitus. In addition to appropriate antibiotics, treatment includes warm soaks, elevation, and avoidance of pressure to the affected areas.



**Cellulitis** (Zitelli, 1992)

**cellulose** /sel′yo͞olōs/ [L, *cellula*, little cell], a colorless, insoluble, nondigestible, transparent solid carbohydrate that is the primary constituent of the skeletal substances of the cell walls of plants. In the diet it provides the bulk necessary for proper digestive tract functioning. Rich sources are fruits, such as apples and bananas, and legumes, bran, and green vegetables, especially celery. See also **dietary fiber**.

**cell wall,** the structure that covers and protects the cell membrane in some kinds of cells, such as certain bacteria and all plant cells. The cell walls of plant cells are composed of cellulose.

**celom.** See **coelom**.

**celomic.** See **coelom**.

**Celontin,** a trademark for an anticonvulsant (methsuximide).

**celosomia** /sē′ləsō′mē·ə/ [Gk, *kele*, hernia, *soma*, body], a congenital malformation characterized by a fissure or absence of the sternum and ribs and protrusion of the viscera.

**celosomus** /sē′ləsō′məs/, a fetus with celosomia.

**celothelioma.** See **mesothelioma**.

**Celsius (C)** /sel′sē·əs/ [Anders Celsius, Swedish scientist, b. 1701], denoting a temperature scale in which 0° is the freezing point of water and 100° is the boiling point of wa-

# WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

## INMATE GRIEVANCE

NAME JOHN DAVIS                     DATE 9-1-08

OID# 0001072519        POD A   SEC 3   ROOM 2

TO: MISS GREENE

GRIEVANCE: I've been to medical Paula told me that I have cellulitis. My right leg is three times bigger than my left leg, I'm in pain all of the time. And I am sleeping on the floor. It's really hard for me to get up and down, I have to crawl to get off my bed. The C.O. even asked me why I'm not in the hospital. I feel as through I'm being deny medical attention. Plus I'm afraid I might have a blood clot in my right leg. The People in medical inform me to write to you because their nothing they can do for me. I would appreciate it if you could get me into a regular hospital, or tranfer to a facility that would be able to take care of my medical needs.

John Davis
INMATE SIGNATURE

### RESPONSE/DISPOSITION

You will be seen by Medical today.

DATE 02 Sep 08           SIGNATURE M. Greene

RJCFA-05

NCF-7324 09/08/05

John L. Davis
South Western Regional Jail
13 Gaston Caperton Dr.
Holden, W. VA 25625

OCT

2 OCT

United States D
Clerk of Courts
300 Virginia St. C